1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. HUGHES, *et al*., )<br>        Plaintiffs, )<br>vs. )<br>ETHEL M. CHOCOLATES, INC, *et al*., )<br>        Defendants. )<br>_____ ) | Case No.  2:13-cv-00142-RCJ-CWH<br><br>**ORDER** |

15   This matter is before the Court on Defendant's Demand for Cost Bond (#8), filed February
16   4, 2013.  Defendant seeks an order requiring Plaintiff Lisa Freedman to post a non-resident cost
17   bond pursuant to Nevada Revised Statutes ("NRS") 18.130.

18   The Federal Rules of Civil Procedure do not contain a provision relating to security of
19   costs.  Nevertheless, it has long been the policy of the United States District Court for the District
20   of Nevada to enforce the requirements of NRS 18.130.  *Feagins v. Trump Organization*, 2012 WL
21   925027 (D. Nev.) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-06 (D. Nev. 1983); *Arrambide*
22   *v. St. Mary's Hosp., Inc.*, 647 F. Supp 1148, 1149 (D. Nev. 1986)).  The requirement to provide
23   security in the amount of $500 per defendant applies to each plaintiff, unless the plaintiff can
24   demonstrate indigence.  *See Truck Ins. Exchange v. Tetzlaff*, 683 F. Supp. 223, 227 (D. Nev. 1988)
25   (citing *Arrambide*, 647 F. Supp. 1148-49).  Here, Plaintiff filed an adequate security bond in
26   response to Defendant's motion.  *See* Pl.'s Resp. (#13).  Consequently, the Court finds that
27   Defendant's request, though appropriate, is now moot.

28   Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's Demand for Cost Bond (#8) is **denied as**

**moot**.

DATED this 8th day of February, 2013

C.W. Hoffman, Jr.
**United States Magistrate Judge**