1

2

# UNITED STATES DISTRICT COURT

3

## DISTRICT OF NEVADA

4

5 ROBERT D. HUGHES, *et al*.,         )

                           )

6              Plaintiffs,     )     Case No.  2:13-cv-00142-RCJ-CWH

                           )

7 vs.                           )     **ORDER**

                           )

8 ETHEL M. CHOCOLATES, INC, *et al*.,   )

                           )

9              Defendants.    )

_____)

10       This matter is before the Court on Plaintiffs' Motion to Compel (#53), filed July 12, 2013.

11 The motion is unopposed. "The failure of an opposing party to file points and authorities in

12 response to any motions shall constitute a consent to the granting of the motion." *See* Local Rule

13 ("LR") 7-2(d). Plaintiffs' motion will be granted due to the non-opposition. Full discovery

14 responses shall be served within fourteen (14) days of entry of this order. The responses shall be

15 served without objections, which the Court finds have been waived. *See* Fed. R. Civ. P. 33(b)(4).

16 The Court declines at this time to preclude the use of any responsive materials at trial. Pursuant to

17 Rule 37(a)(5)(A), Plaintiffs' counsel shall submit an affidavit of fees and costs within fourteen (14)

18 days of this order. The opposing party shall have ten (10) days from the date of filing to serve a

19 response.

20       Based on the foregoing and good cause appearing therefore,

21       **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel (#53) is **granted** as stated

22 herein.

23       DATED: July 30, 2013.

24

25

26                                      _____

                                   **C.W. Hoffman, Jr.**

27                                    **United States Magistrate Judge**

28