# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT D. HUGHES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ETHEL M. CHOCOLATES, INC, *et al.,* <br><br> Defendants. | Case No.: 2:13-CV-00142-RCJ-CWH <br><br><br> **MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

On April 25, 2013, the Court entered an Order (ECF #40) denying Defendants' Motion to Dismiss (ECF #4) and Plaintiffs' Motion to Remand (ECF #25), for the reasons given herein,

IT IS HEREBY ORDERED that Defendants' Mars Retail Group, Inc. And Mars Incorporated's Motion to Strike Plaintiffs' Improper Reply to Defendants' Oppositions to Plaintiffs' Motion to Remand or, in the Alternative, for Leave to File a Sur-Reply (ECF #35) is DENIED as MOOT.

IT IS SO ORDERED this 31st day of December, 2013.

_____
ROBERT C. JONES
Chief Judge